**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1714

RYAN MACAULAY; ANDREA MACAULAY,

Petitioners - Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

Appeal from the United States Tax Court. (Tax Ct. No. 2839-23)

Submitted: October 10, 2024                    Decided: October 16, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ryan Macaulay, Andrea Macaulay, Appellants Pro Se. Isaac Benjamin Rosenberg, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan and Andrea Macaulay seek to appeal the tax court's order dismissing as untimely filed their petition for redetermination of the Commissioner's deficiency determination concerning their 2020 federal income tax liability. The Commissioner has moved to dismiss the appeal. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

A notice of appeal from a decision of the tax court must be filed within 90 days after the decision is entered. 26 U.S.C. § 7483. The timely filing of a notice of appeal is a jurisdictional requirement. *Bowles v. Russell*, 551 U.S. 205, 213-14 (2007); *Spencer Med. Assocs. v. Comm'r*, 155 F.3d 268, 269 (4th Cir. 1998). The tax court entered its order on the docket on April 24, 2024, and the appeal period expired on July 23, 2024. The Macauleys filed their notice of appeal on July 25, 2024. Because the Macauleys failed to file a timely notice of appeal and failed to obtain an extension of the appeal period, we grant the Commissioner's motion and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*